**Order entered August 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00859-CV

### THERESA BARNETT, Appellant

### V.

### DAVID S. CROCKETT, ET AL., Appellee

### On Appeal from the 116th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. 10-00136

## ORDER

By order dated July 15, 2014 the Court abated this case for thirty days to allow the trial court to conduct a hearing on the amount of bond required in this case. That period having elapsed and the trial court having transmitted a clerk's record including its findings of fact and conclusions of law regarding the amount of bond, we **REINSTATE** this case and **ORDER** the Clerk to re-open the case.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE